UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| FAMOUS JOE'S PIZZA, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| S & N PIZZERIA, INC., a New York | : |
| Corporation, NATALIA RAMIREZ, an | : |
| individual, SERGIO RAMIREZ, an individual, | : |
| and JOHN DOES 1-5, | : |
| Defendants. | : |
| | : |

1:14-cv-09742-GHW

ORDER

------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As discussed during the conference held on November 15, 2019, the parties are authorized to engage in limited discovery regarding the factual issues raised by Plaintiff's motion for an order finding Defendants and their privies in contempt of the Court's Consent Order, Final Judgment, and Permanent Injunction. Dkt. No. 53. That discovery shall be completed by no later than December 30, 2019. The Court will hold an evidentiary hearing on Plaintiff's motion on January 6, 2020 at 9:00 a.m.

SO ORDERED.

Dated: November 18, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge